UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | | |
|---|---|---|
| JAMES B. SUMPTER, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No. 1:13-cv-01024-TWP-DKL |
| | ) | |
| DPH HOLDINGS, INC. f/k/a Delphi Automotive Systems, BUTZEL LONG, P.C., JOHN BROOKS and Other TBD DPHH Employees, CYNTHIA HAFFEY and other TBD Butzel Long Employees, ROBERTA P. GRANADIER and Other TBD Butzel Long Employees, and DPH HOLDINGS CORP., | ) ) ) ) ) ) ) ) ) ) | |
| | ) | |
| Defendants. | ) | |

## ENTRY ON DISMISSAL

On November 4, 2013, the United States Bankruptcy Court for the Southern District of New York ("New York Bankruptcy Court") entered an order enjoining James Sumpter's ("Mr. Sumpter") action against the Defendants in this Court, a copy of which was filed by Mr. Sumpter at Dkt. 46-1. The order states that Mr. Sumpter is collaterally estopped and permanently enjoined from pursuing the claims asserted against DPH Holdings Corp. and John Brooks, Butzel Long, Cynthia Haffey, Roberta Granadier, "Other TBD Employees," and "Other TBD Butzel Long Employees" in this case. Dkt. 46-1 at 4 ¶¶ 6-8. Further, the New York Bankruptcy Court ordered Mr. Sumpter to immediately dismiss, with prejudice, the claims in this case. Dkt. 46-1 at 5 ¶ 9. Mr. Sumpter has failed to file a notice of dismissal, and instead has filed a notice of his intent to file additional motions in either this case or the bankruptcy case. Dkt. 46 at 2 ¶¶ 6-7.

2

Therefore, the Court *sua sponte* **DISMISSES**, with prejudice, all of Mr. Sumpter's claims against the Defendants in this case. The Motion to Dismiss filed by John Brooks, Butzel Long, P.C., DPH Holdings, Inc., Roberta Granadier, and Cynthia Haffey (Dkt. 28) is **DENIED AS MOOT**.

SO ORDERED.

Date: 12/20/2013

_____
Hon. Tanya Walton Pratt, Judge
United States District Court
Southern District of Indiana

DISTRIBUTION:

James B. Sumpter
21169 Westbay Circle
Noblesville, Indiana 46062

Douglas Dormire Powers
BECKMAN LAWSON LLP
dpowers@beckmanlawson.com

Robin Luce Herrmann
BUTZEL LONG P.C.
luce-herrmann@butzel.com

Angela Emmerling Boufford
BUTZEL LONG, P.C.
boufford@butzel.com

Bruce L. Sendek
BUTZEL LONG, P.C.
sendek@butzel.com